CARRIE F. CHILDRESS V. THE STATE.

No. 9157.    Delivered February 10, 1926.

**Libel—Indictment—Fatally Defective.**

This is a companion case to J. B. Poole v. State, No. 9158, delivered February 3, 1926. The indictment in this case is identical with the indictment in the Poole case, which was held fatally defective, and for that reason this cause is reversed and dismissed.

Appeal from the County Court of Comanche County. Tried below before the Hon. F. J. Reese, Judge.

Appeal from a conviction of libel, penalty a fine of $250.00.

*G. E. Smith* of Comanche, for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

BERRY, JUDGE.—The offense is libel, the punishment is a fine of $250.00.

. This is a companion case to that of J. B. Poole, No. 9158, decided February 3, 1926. The indictment is in the same language as that condemned in the Poole case. On the authority of that case and the cases therein cited, we hold that the trial court erred in refusing to sustain the appellant's motion to quash the indictment and for this reason the judgment of conviction is reversed and the prosecution is ordered dismissed.

*Released and dismissed.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.